1  Ronald L. Richman (SBN 139189)
   BULLIVANT HOUSER BAILEY PC
2  101 Montgomery Street, Suite 2600
   San Francisco, CA  94104-4146
3  Telephone: 415.352.2700
   Facsimile: 415.352.2701
4  E-mail:    ron.richman@bullivant.com

5
   Attorneys for Plaintiffs
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    OAKLAND DIVISION
10

11 | BOARD OF TRUSTEES OF THE CEMENT    | Case No.: 4:23-cv-2363-DMR
   | MASONS HEALTH AND WELFARE TRUST    |
12 | FUND FOR NORTHERN CALIFORNIA;      | **STIPULATION TO CONTINUE ENE
   | BOARD OF TRUSTEES OF THE CEMENT    | DEADLINE AND CONVERT ENE TO
13 | MASONS VACATION-HOLIDAY TRUST      | MEDIATION; ORDER THEREON**
   | FUND FOR NORTHERN CALIFORNIA;      |
14 | BOARD OF TRUSTEES OF THE CEMENT    |
   | MASONS PENSION TRUST FUND FOR      |
15 | NORTHERN CALIFORNIA; and BOARD OF  |
   | TRUSTEES OF THE CEMENT MASONS      |
16 | TRAINING TRUST FUND FOR NORTHERN   |
   | CALIFORNIA,                        |
17 |                                    |
   |        Plaintiffs,                 |
18 |                                    |
   |   vs.                              |
19 |                                    |
   | SETON PACIFIC CONSTRUCTION, a      |
20 | California corporation,            |
   |                                    |
21 |        Defendant.                  |

22

23

24

25

26

27

28

**STIPULATION**

IT IS HEREBY STIPULATED by and between Plaintiffs and Defendant, through their respective counsel, and after conferring with assigned ENE Evaluator, Sanford Kingsley, that the parties continue, in good faith, to exchange information and documentation in an effort to either resolve the pending lawsuit or narrow the issues for further discovery and trial. The parties have been diligent in working together, but need additional time to voluntarily exchange further information and documentation.

In this Court's Case Management and Pretrial Order for Jury Trial, and Amended Civil Conference Minute Order, this Court set a trial date for May 12, 2025, and a deadline to complete ENE by June 28, 2024. [Dkt. 22, 23].

The parties respectfully request that this Court continue: (1) continue the ADR deadline for ninety (90) days; and (2) allow the parties to select mediation in lieu of ENE. The assigned ENE evaluator has agreed to serve as a mediator in lieu of serving as an ENE Evaluator.

As of the date of this writing, the parties are not requesting any further modifications of this Court's Case Management and Pretrial Order for Jury Trial.

DATED: May 22, 2024

BULLIVANT HOUSER BAILEY PC

By _____
RONALD L. RICHMAN
Attorneys for Plaintiffs

DATED: May 21, 2024

THE MAZZOLA LAW OFFICE - PC

By _____
SIMON A. MAZZOLA
Attorney for Defendant

**ORDER**

Based on the parties' Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the deadline to complete ADR is September 30, 2024 and that this Court consents to the parties participating in mediation before assigned ENE Evaluator Sanford Kingsley in lieu of ENE before Sanford Kingsley. No other trial or pre-trial dates are changed.

DATED: May 24, 2024

*IT IS SO ORDERED*
*Judge Donna M. Ryu*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

_____
HON. DONNA M. RYU
UNITED STATES MAGISTRATE JUDGE

4877-7758-2784.1